372 A.2d 842
Commonwealth v. Pugsley, Appellant.

Submitted December 16, 1975.   Harry W. Reed, Jr., for appellant;  David J. Brightbill and Thomas S. Long, Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.

372 A.2d 843
Commonwealth v. Purcell, Appellant.

Submitted April 2, 1976.   Calvin S. Drayer, Jr., Assistant Public Defender, for appellant;  Eric J. Cox and James A. Cunningham, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.